# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>v.<br><br>Tami Mae May,<br><br>              Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:  Franklin L. Noel, 9W<br>U.S. Magistrate Judge<br><br>Case No:           CR 14-120 DSD/FLN<br>Date:                May 2, 2014<br>Time Commenced: 10:00 a.m.<br>Time Concluded:  10:38 a.m.<br>Time in Court:     38 min |

## APPEARANCES:

Plaintiff:       Bill Otteson, Assistant U.S. Attorney
Defendant(s):  Reggie Aligada,  ☒ FPD      ☒ To be appointed


☒ Reading of Indictment Waived        ☒ Not Guilty Plea Entered

Disclosure Due Date:     May 5, 2014
Motion Filing Date:         May 15, 2014         Response Date:     May 29, 2014
Motion Hearing Date:    June 4, 2014 at 10:30 a.m. 9W     Before:     U.S. Magistrate Judge Franklin L. Noel
Voir Dire/Jury Instruction Due Date:    July 21, 2014
Trial Date:    July 28, 2014 at 9:00 a.m., 14W       Before:    U.S. Judge David S. Doty

Other Remarks:

☒ Counsel to be notified of additional dates by separate Order to be issued.

A Farreta inquiry was conducted.  The Court found that a knowing, intelligent and voluntary waiver for defendant to represent herself was not made.  Defendant's request to represent herself was DENIED.

                                                                                                                           *s/T Anderson*
                                                                                                                           Judicial Assistant