Case No: 08640:14CR00120-001
CASE 0:14-cr-00120-DSD-FLN Document 12 Filed 05/02/14 Page 1 of 42
COPY
LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 A M
BPA BOOK 31 PAGES 191
DEPUTY CLERK

# Affidavit of Status of Tami Mae May: American Freeman

## Private Citizen of the United States: American National

RECEIVED
MAY 02 2014
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**"Indeed, no more than (an affidavit) is necessary to make the prima facie case."**
*United States v. Kis*, 658 F.2d, 526, 536 (7th Cir., 1981);
Certiorari Denied, 50 U.S.L.W. 2169; S. Ct. March 22, 1982

Accordingly, I, **Tami Mae May**, in esse and sui juris, being duly sworn, depose and declare under penalty of perjury that the following facts are true, correct and complete to the best of my knowledge and belief.

I, **Tami Mae May**, do solemnly declare and affirm the following historical facts with regard to the status of *de jure* **Private American National citizenship** (said original federal citizenship, secured by Article IV, Section 2, having been broadened into national citizenship by Section 1 of the 14th Amendment to the Constitution of the United States of America) and the design of the Roman papacy, spearheaded by the military order of the **Society of Jesus**, to overthrow the liberties of Private National Citizens of the United States of America by imposing a State-created, statutory, *de facto* **Public "U.S. citizenship."** This *de facto* Public U.S. citizenship, being in substance a privileged Roman citizenship, would enable the constitutionally *de jure* civilian government of the United States (having been constitutionally altered from being a *de jure* **"Federal"** government to a *de jure* **"National"** government by the 14th Amendment, 1868) to be replaced with a Congressionally-created, statutory, *de facto* Emergency War Powers military government of the United States on March 9, 1933. This radical, socialist-communist **coup d'etat** plotted by the infamous **Society of Jesus** and carried out by its Scottish-Rite Masonic agent, President Franklin "Augustus Caesar" Roosevelt, would overthrow the civilian government exercising the constitutional, *de jure* **jurisdiction** of the United States (the **"United States"** being "the collective name of the states which are united by and under the constitution," *Hooven & Allison Co. v. Evatt*, 324 U.S. 652, 672), replacing it with a *de facto* military government exercising an extra-constitutional, alien and foreign, *de facto* **jurisdiction** of the United States (this **"United States"** being "the territory over which the sovereignty of the United States extends," *Hooven & Allison Co. v. Evatt*, supra, 671).

Further, by legally replacing constitutional *de jure* **Private American Citizenship** with *de facto* **Public "U.S. citizenship,"** thereby enabling the constitutional *de jure* **jurisdiction** of the "United States" to be legally replaced with a statutory *de facto* **jurisdiction** of the "United States," **the Jesuit Order** would fulfill its design of overthrowing the liberties of the United States as plotted during the Congress of Vienna (1814-1815) and the subsequent Secret Treaty of Verona (1822) because of which President James Monroe issued his blessed "Monroe Doctrine" (1823)—and for which he was given "the poison cup" on July 4, 1831. American inventor Samuel F. B. Morse warned of this diabolical Jesuit Conspiracy against America in his epic work, Foreign Conspiracy Against the Liberties of the United States, published in 1835.

Georgia, Lamar County
I hereby certify the within and foregoing to be a true, correct and complete copy of the original that appears of record in this office.
This 12th day of March, 2014
Deputy Clerk, Lamar Superior Court

SCANNED
MAY 02 2014
U.S. DISTRICT COURT MPLS

Master Exhibit → 7 exhibits within

COPY
[illegible] COUNTY, [illegible] COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 A M
BPA BOOK 31 PAGES 792
DEPUTY CLERK

Further, this overthrow of both *de jure* **Private American Citizenship** at Common Law and its counterpart, the *de jure* **jurisdiction** of the "United States" at Common Law, would enable the Jesuits from Georgetown University to use the *de facto* Emergency War Powers American Congress—now possessing the unlimited legislative powers of an English Parliament—to wield absolute legislative power over the *de jure* fifty sovereign states turned into *de facto* "conquered territories" ruled by the statutorily-created, *de facto* national Emergency War Powers **military government**. This unlimited, congressional power would enable the Jesuits, ruling their *de facto* military government of their *de facto* American Empire, **to control by statute** every facet of American life "from the cradle to the grave." This control would include the imposition of socialist-communism for the building of cartel capitalism and the destruction of the historic White Protestant and Baptist Middle Class Americans (as well as all others); the building of a huge military industrial complex while using their *de facto* **Public "U.S. citizens"** to work in the Jesuit Order's anti-laisser-faire, cartel-capitalist corporations; and to finance and fight the wars of the pope's American Empire. These international crusades, directed by the **Society of Jesus** within the geographical United States via its Council on Foreign Relations, would be fought for the benefit of the Roman papacy in restoring the Temporal/Political Power of the pope over the governments of all nations while subsequently militarizing those conquered nations.

Further, with the change of the *de jure* constitutional **jurisdiction** of the "United States" (with its Common Law **civilian due process** and procedure secured by the Fifth Amendment, the Seventh Amendment and section 1 of the Fourteenth Amendment) to a *de facto*, extra-constitutional, **Roman Civil Law jurisdiction** of the "United States" (established by an amended Congressional war statute (1933), a Presidential Proclamation (1933) and the subsequent abolition of Common Law rights and Common Law **civilian due process** by the Supreme Court (1938)), an alien and foreign **martial due process** would be adopted by the federal and state courts fitted for the new *de facto* **Public "U.S. citizens"** living in the states deemed *de facto* "conquered territories." Since these *de facto* Public "U.S. citizens" are in substance Roman citizens, and since these *de facto* "conquered territories" are in substance Roman provinces under military rule, it is only fitting that the **Roman/Public "U.S. citizens"** should be criminally and civilly subjected to a martial process imposed by their constitutionally-created civilian courts. This *de facto* martial process, if unchallenged by prima facie evidence proving the accused to be an American Private National Citizen of the United States of America and not a Roman Public "U.S. citizen," would confer, in substance, martial *in personam* jurisdiction. With this absolutist judicial jurisdiction limited only by decisions of the Supreme Court, the federal courts would be in substance **territorial courts** of the Conqueror. These Emergency War Powers Courts would enforce the sovereign will of the *de facto* Emergency War Powers Congress, while sitting in substantive **equity** operating upon a **legal fiction**. The legal fiction would be the presumption of fact that each individual Private American National Citizen of the United States of America was in contract with and enfranchised by the state of his natural birth, thereby altering his constitutional, *de jure* Private American National Citizenship conferred at birth into a statutory,

COPY
LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 793
DEPUTY CLERK

*de facto* Public Federal "U.S. citizenship" upon the public filing of a unilateral contract, which change in status would enable and obligate the court to dispose of his matter, criminal or civil.

Further, that unilateral contract was the public filing of a "**Certificate of Live Birth**" deliberately patterned after the Roman Catholic "**Certificate of Baptism**" creating Vatican City-state citizenship. The American "Certificate of Live Birth"—**by operation of law**—would be the contract to alter *de jure* Private American National Citizenship to *de facto* Public "U.S. citizenship." With this **presumption of fact** of an existing contract held by every individual Public "U.S. citizen" (holding its Private American National Citizen of the United States as Property and Surety), every court legally sits in **Equity** enforcing the statutes of an Emergency War Powers Congress. This *de facto* status enables and obligates all federal and state courts to sit in **Equity** thereby fulfilling the grand design of the **Society of Jesus** in subverting the Common Law jurisdiction of the United States (as per Section 1, 13th Amendment, and Section 1, 14th Amendment) by rendering ineffective the constitutional status of *de jure* Private American National Citizens of the United States of America (Section 1, 14th Amendment).

Further, this evil design of the **Society of Jesus** against the Constitutional, Common Law liberties of the Private American National Citizens of the United States of America was set forth by one of the Order's Masonic Temporal Coadjutors. That man was **Sir Henry Sumner Maine**, Regis Professor of the Civil Law in the University of Cambridge, England. In his *Ancient Law: Its Connection with the Early History of Society, and its Relation to Modern Ideas* (1864), Maine sets forth his three-part plan that, after its imposition, overthrew limited American government born out of the Protestant Reformation (1517-1648) and the First American Great Awakening (1735-1750). That diabolical, "unholy trinity" was first the creation of a **Legal Fiction**, after which the imposition of judicial **Equity** after the overthrow of American Common Law, then opening the door to congressional/parliamentary, unlimited **Legislation**. (The philosophic parallel to this formula is "**Substance, Mode** and **Circumstance**.") The legal foundation and substance for this *de facto* overthrow of the limited, constitutional, *de jure* "jurisdiction of the United States" is the **Legal Fiction**. That **Legal Fiction**, evil though legally imposed by silent consent of each Private American National Citizen, was the public filing of a Certificate of Live Birth, the Baptismal Certificate of every federally-owned Public "U.S. citizen." Hence, every Private American National Citizen became subordinate **Surety** for and the held **Property** of his alter ego and Gemini Twin, the Public "U.S. citizen." As of March 6, 1933, all Public "U.S. citizens" —with their **Surety/Property**, Private American National Citizens—were seized as **booty of war** by President Franklin Roosevelt's martial, emergency war powers Proclamation 2039 which practically overthrew the Sovereignty of the People of the United States of America, reducing them to being mere **property** of Rome's *de facto* military government sitting in Washington, D.C., to be treated as "rebels and belligerents" living in the fifty states deemed by the Conqueror/Commander in chief to be merely "occupied territories," the state governors ruling their *de facto* military governments in subordination to Washington, D.C.

COPY
ANOKA COUNTY RECORDER COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 A M
BPA BOOK 31 PAGES 194
DEPUTY CLERK

Therefore, finding this situation of **statutorily-altered**, Private American National citizenship status intolerable and at variance with the maxims of **Holy Scripture** (Proverbs 11:15), I, **Tami Mae May**, do solemnly declare and affirm:

1. WHEREAS, the FRANCHISE, BUSINESS TRUST, and or BIRTH CERTIFICATE, being in fact a unilateral contract under seal, was created and offered **legally though deceitfully**, its open-but-false purpose being to aid in the Census as a means of identification in the documentation of a natural birth, as well as for health reasons and purposes; its secret-but-true purpose being to rob "**We the People**," which includes every individual Private American National Citizen, first of our sovereignty as a People, then our constitutionally-created status, and ultimately our lives, fortunes and sacred honor;

2. WHEREAS, the true purpose of the BIRTH CERTIFICATE, a unilateral contract under seal, is to be a covert commercial agreement and unconscionable, adhesion contract/quasi-contract between with the state of the baby's natural birth and the mother of the baby, the baby then deemed property of the Federal, *de facto* military government of the United States (the BIRTH CERTIFICATES being recorded by the Department of Commerce then to serve as collateral securities for the unquestionable public debt as per Section 4 of the 14th Amendment);

3. WHEREAS, the true nature of the DATE OF FILING on the BIRTH CERTIFICATE, a unilateral contact under seal, is to commence the **legal birth** of the quasi-corporate, artificial person/**Public "U.S. citizen"** created by all necessary legal elements of a unilateral contract (it being in writing, signed, sealed and delivered for registration and filing with a public office of the baby's state of live birth);

4. WHEREAS, the true nature of the DATE OF BIRTH of the baby named on the BIRTH CERTIFICATE is to commit the natural person/Private American National Citizen as **Surety** for and **personal property** of the state-created, artificial person/Public "U.S. citizen," both entities being legally wedded into one legal entity, the hybrid, federally-owned, **Public "U.S. citizen;"**

5. WHEREAS, the BIRTH CERTIFICATE is a BUSINESS TRUST INSTRUMENT recorded with the County Recorder, a subsidiary of the Secretary of State (of the several states treated as "conquered territories"), also sent to the Bureau of Census, a division of the Department of Commerce in Washington, D.C., placing the **NAME** of the Public "U.S. citizen" into interstate and foreign world commerce as a statutory, legal "person" (as are corporations, partnerships, trusts, corporate soles, etc.), distinct and separate from the "natural born citizen," i.e., the **Private American National Citizen**;

COPY
LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 795
DEPUTY CLERK

6. WHEREAS, the Secretary of State (of the several states) charters corporations and issues franchises, therefore, any **natural born citizen/Private American National Citizen** with a BIRTH CERTIFICATE is liable to the Franchise Tax Board of the State's Department of Revenue for income/excise/privilege taxes, as well as being liable to the Internal Revenue Service collecting the internal revenue for the "**Federal Corporation**" of the United States (28 USC 3002(15)(A) via excise/income/privilege taxes in payment of the interest on the national debt (proven by President Ronald Reagan's Grace Commission) which interest is owed to the Roman papacy's Federal Reserve Bank;

7. WHEREAS, this BIRTH CERTIFICATE, functioning as a BUSINESS TRUST INSTRUMENT, has hoodwinked **Private American National Citizen Tami Mae May**, allegedly named on said certificate, into an unknown and covert contract by operation of law, placing Affiant and fellow Private American National Citizens under an alien, foreign and yet "temporary," *de facto* military jurisdiction of the United States created at first by the "**Emergency Banking and Relief Act**," its initial paragraphs containing a congressionally-amended WWI statute known as the "Trading With the Enemy Act" codified as12 USC 95b, and secondly by President Franklin D. Roosevelt's Emergency War Powers Proclamation 2040 decreed on March 9, 1933;

8. WHEREAS, the above *de facto* jurisdiction of the United States includes the jurisdiction of the constitutionally-created, federal and state civilian courts **(IN FORM)** sitting in a martial equity **(IN SUBSTANCE)**, they no longer proceeding against the accused Private American National Citizen with the Mode of a Common Law **civilian due process**, but rather with the Mode of a Roman Civil Law **martial due process** that, if unchallenged by producing state-filed public records and other prima facie evidence, will confer a martial jurisdiction over the accused then forced to plead in a court imposing **martial due process** and procedure derived from a congressionally-amended, World War I statute as of March 9, 1933, the judges, federal and state, acting on behalf of the *de facto* military dictator/Commander in chief sitting in Washington, D.C.;

9. WHEREAS, upon the public filing of the BIRTH CERTIFICATE with its attached Private American Citizen serving as **Surety** and **personal property**, another "**source**" was created that would generate "**income**" which could then be income/excise/privileged taxed, the natural person/baby/Private American National Citizen now wedded to his new artificial person / "U.S. citizen" as its trust **Property** and subordinate **Surety**, the new "**source**" (deemed a "rebel" and "belligerent" residing according to state statute in a state deemed an "occupied territory") being in commerce and subject to the **absolute legislative powers** of the "temporary" Emergency War Powers Congress (1933-present) to regulate without limit interstate and foreign commerce pursuant to Article I, Section 8, Clause 3, of the U.S. Constitution during this time of a "temporary" declared state of National Emergency now (2014) in its eightieth-first year;

LAMAR COUNTY, GA. SUPERIOR COURT
COPY
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 796
DEPUTY CLERK

10. WHEREAS Affiant, a Private American National Citizen, has ceased to be **Surety** for and the **personal property** of Public "U.S. citizen" "TAMI MAE MAY" by means of a duly filed "**Notice of Release Without Consideration—NUNC PRO TUNC,**" and "**Affidavit: Notice of Rescission of Signatures of Suretyship—NUNC PRO TUNC,**" thereby returning to the former status of being a Private American National Citizen held for three (3) days after Affiant's natural birth;

11. WHEREAS Affiant in esse, has irrevocably separated herself from the state-created FRANCHISE, BUSINESS TRUST, "UNITED STATES CITIZEN," created by means of a publicly filed BIRTH CERTIFICATE attached hereto, and hereby revokes all powers, including, but not limited to, Powers of Attorney and/or Agency that Affiant may have granted to any third party, public and/or private. Therefore, Affiant is not a party to FDR's contract with all "U.S. citizens" by means of Proclamation 2040 confirmed by Congress in its passage of the amended "Trading with the Enemy Act" known as the "Emergency Banking Relief Act." Therefore, Affiant is not in commerce (as are corporations), never to enjoy any commercial privilege of limited liability as a matter of "United States citizenship" status (as do corporations being also Public "U.S. citizens"), having discharged all *de facto* Emergency War Powers Military Governments, federal and state, from any duty or obligation having arisen from Affiant being the **Property** of, **Surety** for and/or wedded to the state-created hybrid, the federally-owned, Public "U.S. citizen" in the service of Washington, D.C., for commerce and war;

12. WHEREAS, I, **Tami Mae May**, have returned to my former status of being an American Freeman and American National at Common Law, i.e., a *de jure* Private National Citizen of the United States under section 1 of the Fourteenth Amendment and therefore stand "**in esse**" and "**sui juris,**" possessing all God-given rights including those protected by the first eight amendments of the Bill of Rights, all Constitutional rights (federal and state) and all Common Law rights of a *de jure* Private Citizen of the United States / American National, no longer under the legal disability of being the **Property** of, **Surety** for and/or wedded to a *de facto,* state-created, Public "U.S. citizen" owned by the Federal *de facto* Military Government of the United States;

13. WHEREAS, I, **Tami Mae May**, am no longer the **Property** of, **Surety** for and/or wedded to a *de facto* Public "U.S. citizen" (which is "**alieni juris**"), therefore no longer under the *de facto* jurisdictional power of statutorily-created, *de facto* Emergency War Powers Governments (federal and state) as those absolute legislative, absolute executive and absolute judicial powers are exercised towards a *de facto* Public "U.S. citizen" deemed a "rebel and belligerent" statutorily "residing" in a state deemed an "occupied territory," and therefore no longer under the paternal guardianship of *de facto* Emergency War Powers Governments (federal and state) as those absolute, paternal powers are exercised towards its "**infants and children,**" *de facto* Public "U.S. citizens;"

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 A M
BPA BOOK 31 PAGES 171
DEPUTY CLERK

COPY

WHEREAS, BASED UPON THE FOREGOING, I, **Tami Mae May** in esse and sui juris, do solemnly declare and affirm the following **positive averments**:

1. I am one of the **Posterity** of "**We the People**" by whom and for whom the Constitution was ordained and established according to its Preamble, holding *de jure* Private American National Citizenship conferred upon my natural birth by section 1 of the Fourteenth Amendment to the Constitution of the United States.

2. My Christian name at Common Law is "**Tami Mae**," my surname/family name is "(Dornbusch) May" I am known by no other name, publicly or privately. (Exhibit 1)

3. My Christian name "**Tami Mae May**" is spelled in both upper and lower case letters in accordance with proper rules of English grammar. (Exhibit 1)

4. I was naturally born on [redacted]. My natural and legal parents are Bernice Irene (Hietala) Dornbusch and Elmer Laverne Dornbusch. (Exhibit 3)

5. I was naturally born in the village of Wadena, on the land of the county of Wadena within the geographical jurisdiction of the state of Minnesota. (Exhibit 3)

6. On the day of my natural birth I became a *de jure* **Private National Citizen** of the geographic United States of America (composing the fifty states) pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States of America.

7. On the day of my natural birth I became a *de jure* **Private National Citizen/Private Resident** of the geographic State of Minnesota pursuant to section 1 of the Fourteenth Amendment to the Constitution of the United States of America.

8. On the day my "Certificate of Live Birth" was filed with the State of Minnesota, by operation of law I became the **Property** of, **Surety** for and wedded to "TAMI MAE (DORNBUSCH) MAY," a state-created, Minnesota business trust and statutory **Public "U.S. citizen"** of the *de facto* Emergency War Powers Military Government of the "United States," it governing the states as "conquered territories" and its "U.S. citizens" as a conquered people.

9. Said **Property** has been returned to the natural owner, said **Suretyship** has been terminated, the marriage has ended and my former status of **Private National Citizen** of the United States of America has been restored, pursuant to the maxims of the Law of Contract, the American Common Law and the Uniform Commercial Code, by means of a duly filed and publicly recorded "**Notice of Release Without Consideration—NUNC PRO TUNC.**" (Exhibit 3)

COPY

ANOKA COUNTY, MN SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 AM
BPA BOOK 31 PAGES 198
DEPUTY CLERK

10. My *de jure* **Private National Citizenship** of the Republic of the United States of America is "paramount and dominant," and my *de jure* **Private Citizenship** of the Republic of Minnesota is "subordinate and derivative" of said Private National Citizenship of the United States. *Selective Draft Law Cases,* 245 U.S. 366, 389 (1918.) **Private Citizens** of the United States were called **"American freemen"** by pre-14th Amendment presidents George Washington, Andrew Jackson, Zachary Taylor and Abraham Lincoln, as well as by post-14th Amendment Supreme Court Justice John Marshall Harlan in his dissents in *Maxwell v. Dow*, 176 U.S. 581, 607, 617 (1900) and *Downes v. Bidwell*, 182 U.S. 244, 382 (1901).

11. I now **Privately Reside** at Common Law in my home at [redacted] in the town of [redacted], on the land of the County of Anoka, within the territorial jurisdiction of the geographic state of Minnesota. Therefore, I am a **Private Resident** at Common Law holding **Private Citizenship** of the state of Minnesota pursuant to Section 1 of the Fourteenth Amendment.

12. **My flags** are **the civilian flag** of the Republic of the United States of America (4 USC 1) and **the civilian flag** of the state of Minnesota originally created by Pauline Fjelde in 1893 which flag excludes any gold tassels. Neither **civilian flag**, representing its nation under a republican form of government, displays gold fringe and/or gold cords with gold tassels as do military colors displayed by the Commanders-in-chief of the *de facto* Military Governments of both the United States of America and the State of Minnesota.

13. **My law** is my family *AV1611 King James Bible* born out of **the risen Son of God's** Grand and Glorious Protestant Reformation having birthed the Modern Era.

14. **My seal** is the Great Seal of the geographic state of Minnesota depicted on the civilian flag of the state of Minnesota, which seal is also displayed for all to see in a beautiful picture in the Secretary of State's UCC filing office in Downtown Minneapolis.

15. Being a non-statutory, constitutionally-protected **Private National Citizen** of the Republic of the United States of America and a non-statutory, constitutionally protected **Private Citizen/Private Resident** at Common Law of the state of Minnesota and therefore no longer the **Property** of, **Surety** for and/or wedded to Minnesota business trust / Public "U.S. citizen" "TAMI MAE MAY," I am not in commerce as a matter of personal status, as are statutory, state-created, **Surety-backed, Public "U.S. citizens"** of the United States, and therefore artificial person "TAMI MAE MAY," without a **Surety** and **personal property**, is a **"Non-Taxpayer"** described in *Economy Plumbing & Heating vs. United States*, 470 F. 2d, 585 at 589 (1972).

16. I have rescinded every **Signature of Suretyship—NUNC PRO TUNC**—ever executed on behalf of business trust/"U.S. citizen" "TAMI MAE MAY" (including any derivative of the NAME thereof) be it **public and/or private**, by means of a duly filed **"Affidavit**

COPY
LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 A M
BPA BOOK 31 PAGES 799
DEPUTY CLERK

of Truth: Notice of Rescission of Signatures of Suretyship—NUNC PRO TUNC." (Exhibit 4)

17. I am the **Secured Party/Creditor** of DEBTOR/"U.S. citizen" "TAMI MAE MAY" as a matter of public record. (Exhibit 5)

18. I am the **Agent** and **Attorney-in-fact** for DEBTOR/"U.S. citizen" "TAMI MAE MAY" as a matter of public record. (Exhibit 6)

19. I have the **exclusive**, beneficial use of the copyrighted **NAME** "TAMI MAE MAY" in the acquisition of **property**, real and/or personal, as a matter of public record. (Exhibit 6)

20. I am the **beneficial owner** of all income paid to "U.S. citizen"/state-privileged artificial entity and Non-Taxpayer "TAMI MAE MAY" possessing no Surety/personal property and serving as a Transmitting Utility, said "income" once received into my hand being now my **personal property**, and is therefore not "income" for me. (Exhibit 7)

Further, I, **Tami Mae May** in esse and sui juris, do solemnly declare and affirm the following **negative averments**:

1. I am not **alieni juris**, holding the status of being the **Property** of, **Surety** for and/or wedded to an artificial, *de facto,* hybrid Public "U.S. citizen" created by state statute in the state of my natural birth for the benefit of the *de facto* Emergency War Powers Military Government created on March 9, 1933; hence, I am neither an infant and a child nor a rebel and a belligerent under the power of a paternal and martial Emergency War Powers Military Government, federal or state.

2. My Christian name is not "TAMI MAE MAY," "Tami M May," "Tami M. May," or any other form of this nom de guerre/name of war carried by all "U.S. citizens," which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record. (Exhibit 2)

3. My Christian name is not spelled in solely upper case letters or with abbreviations, which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record. (Exhibit 2)

4. I am not "TAMI MAE MAY," "TAMI M. MAY" or "Tami M. May" which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record. (Exhibit 2)
5. I am neither the **Property** of, nor **Surety** for, nor wedded to artificial entity "TAMI MAE MAY," "TAMI M. MAY," "Tami M. May" or any other derivative of this nom de guerre/name of war carried by all "U.S. citizens," being both the property and citizens of the *de facto* Military Government of the United States of America.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 800
DEPUTY CLERK

COPY

6. I am neither a statutory, state-created **Public "United States citizen"** (artificial person) of the sovereign, *de facto* Military Government of the United States nor am I **Surety** for and/or personal property of and/or wedded to a statutory, state-created **Public "United States citizen"** (artificial person) of the sovereign, *de facto* Military Government of the United States as a matter of **Status** and/or a matter of **public and/or private contract**. Therefore, I am not a state-created, federally-owned, statutory **Public "United States citizen"** (artificial person / "U.S. citizen") of the sovereign, *de facto* Military Government of the United States for income/excise/privilege tax purposes.

7. My flags, national and state, are **not military colors** bordered with gold fringe and/or draped with gold cords with gold tassels.

8. I am not a **rebel, belligerent** or **enemy** publicly residing within a **conquered territory** of the "United States" ("the territory over which the sovereignty of the United States exists," *Hooven*, supra, p. 671), its sovereign, *de facto*, Military Government having been created by FDR's presidential proclamation 2040 approved and confirmed by Congress' "Emergency Banking and Relief Act," which initial paragraphs include the amended "Trading with the Enemy Act" (12 USC 95b), on March 9, 1933.

9. I do not **publicly** reside according to state statute within a **conquered territory** or within a **federal military district** of the geographic Republic of the United States of America (composed of the fifty states). My Private Residence at Common Law on the land of the County of Anoka is:

**Tami Mae May, American Freeman**
Private Citizen of the United States: American National
Private Citizen of the state of Minnesota
[redacted]
[redacted]
Zip Code Excepted [*55303*]

10. I do not **publicly** reside according to statute within any of the **ten regions** of the geographic United States of America designated by **zip codes**.

Further and finally:

I, **Tami Mae May**, am a constitutionally-acknowledged and protected, *de jure* **Private American National Citizen** of the United States of America, and therefore, I am a constitutionally-acknowledged and protected, *de jure* **Private Citizen** of the state of Minnesota, **Privately Residing** at Common Law on the land of Anoka County.

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 A M
BPA BOOK 31 PAGES 801
DEPUTY CLERK

Therefore, I, **Tami Mae May**, holding the constitutionally-protected private right to **a civilian due process of law** on both a federal and state level, as well as being unaffected by the evil wicked "Emergency Banking and Relief Act" having imposed a **martial due process of law** (by way of the amended "Trading with the Enemy Act") on any substantively, artificial "**person within** the United States" deemed federal "booty of war," am **as foreign** to the extra-constitutional, alien, *de facto* Emergency War Powers **Military Government** of the United States, and therefore I am **as foreign** to the extra-constitutional, alien, *de facto* Emergency War Powers **Military Government** of the State of Minnesota as well as the extra-constitutional, alien, *de facto* Emergency War Powers **Military Governments** of the other forty nine (49) states, said extra-constitutional, alien, *de facto* Emergency War Powers **Military Governments** having been "temporarily" created by Congress (12 USC 95b) and by President Franklin D. Roosevelt (Presidential Proclamation Number 2040) on **March 9, 1933**, that most notable Jesuitical **coup d'etat**, that great day of infamy and high treason against the **Sovereign American People of the United States of America**, they having ordained and established the grand and glorious Protestant Constitution of the United States of America, with its Baptist Calvinist-inspired Bill of Rights, for themselves and for their **Posterity**—of which I am a member.

This "**Affidavit of Status of Tami Mae May: American Freeman; Private Citizen of the United States: American National,**" supersedes any previous filing with any public office of said Affidavit of Status.

Further Affiant Sayeth Not.

The Great Seal for Tami-Mae: for the family Dorubusch A 5959

Tami Mae May

**Tami Mae May**, American Freeman
Private Citizen of the United States: American National
Private Citizen of the state of Minnesota
Private Resident of the County of Anoka
Agent for "TAMI MAE MAY"
Owner of the Estate of Tami Mae
All Rights Reserved Without Prejudice

**STATE OF MINNESOTA** )
) ss
**COUNTY OF ANOKA** )

COPY

LAMAR COUNTY GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 A M
BPA BOOK 31 PAGES 802
DEPUTY CLERK

BEFORE ME, on this day personally appeared Tami Mae May known to me to be the person described herein and who solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this 8 day of March, 2014.

Notary Public

KRISTINE K WEISHALLA
Notary Public
Minnesota
My Commission Expires January 31, 2015



LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 A M
BPA BOOK 31 PAGES 803
DEPUTY CLERK

## AFFIDAVIT OF TRUTH

**High School Diploma of Tami Mae (Dornbusch) May**

I, **Tami Mae May**, in esse and sui juris, solemnly affirm, depose and declare under the penalties of perjury that the attached High School Diploma issued by the Administrators of St. Francis High School in June of 1977 is an exact, true and correct copy of the original.

Further Affiant Sayeth Not.

**Tami Mae May**, American Freeman
Private Citizen of the United States: American National
Private Citizen of the state of Minnesota
Private Resident of the County of Anoka
All Rights Reserved Without Prejudice

BEFORE ME, on this day personally appeared Tami Mae May known to me to be the person described herein and who solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this 8 day of March, 2014.

Notary Public

KRISTINE K WEISHALLA
Notary Public
Minnesota
My Commission Expires January 31, 2015

**Exhibit 1**

COPY

Exhibit 1

# Saint Francis High School

This Certifies That

**Tami Mae Dornbusch**

Having completed the Course of Study prescribed by the Board of Education is hereby declared a Graduate of the High School and is entitled to this

## Diploma

In Witness Whereof, we have affixed our signatures as representatives of Anoka-Isanti Independent School District No. 15

June [illegible]

STATE OF MINNESOTA HIGH SCHOOL

[illegible]

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 805
DEPUTY CLERK

COPY

# AFFIDAVIT OF TRUTH

## Court Reporter's Transcript of Proceedings

I, Tami Mae May, in esse and sui juris, solemnly affirm, depose and declare under the penalties of perjury that:

The attached eight **(8)** page **"Reporter's Transcript of Proceedings"** as recorded by Official Court Reporter Beverly A. Casares for the United States District Court for the Central District of California, the Honorable John G. Davies presiding, March 21, 1994, Los Angeles, California, is a true and correct copy of a copy of the original court transcript.

Further Affiant Sayeth Not.

The Great Seal for Tami-Mae: for the family Dornbusch, A 5959

Tami Mae May, American Freeman
Private Citizen of the United States: American National
Private Citizen of the state of Minnesota
Private Resident of the County of Anoka
All Rights Reserved Without Prejudice

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 806
DEPUTY CLERK

**STATE OF MINNESOTA** )
) ss.
**COUNTY OF ANOKA** )

BEFORE ME, on this day personally appeared Tami Mae May known to me to be the person described herein and who solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this 10 day of March, 2014.

Notary Public

KRISTINE K WEISHALLA
Notary Public
Minnesota
My Commission Expires January 31, 2015

**COPY**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 1 2 2014 AT 10:17 A M
BPA BOOK    31    PAGES 801
DEPUTY CLERK

NORA M. MANELLA
United States Attorney
MASON C. LEWIS
Assistant United States Attorney
Chief, Tax Division
GREGORY A. ROTH
Assistant United States Attorney
Room 3315, Federal Building
300 North Los Angeles Street
Los Angeles, CA  90012
Telephone:  (213) 894-2576
Facsimile:  (213) 894-0115

Attorneys for the United States of America

LODGED
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CV 94 |
| Petitioner, | ) [PROPOSED] |
|  | ) ORDER TO SHOW CAUSE |
| vs. | ) |
| RANDY L. C█████████R, | ) |
| Respondent. | ) |

    Upon the Petition and supporting Memorandum of Points and
Authorities and Declaration to the Petition, the Court finds that
Petitioner has established its *prima facie* case for judicial
enforcement of the subject summonses. *See* United States v.
Powell, 379 U.S. 48, 58, 85 S.Ct. 248, 13 L.Ed. 2d 112 (1964).
*See also* United States v. Samuels, Kramer and Co., 712 F.2d 1342,
1344-45 (9th Cir. 1983) (the Government's *prima facie* case is
typically made through the sworn declarations of the I.R.S. agent
who issued the summons).

///

///

**FILED**

FEB 1 5 1994

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Exhibit 2, 1 of 8

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 A M
BPA BOOK 31 PAGES 808
DEPUTY CLERK

Therefore, IT IS ORDERED that Respondent appear before this District Court of the United States for the Central District of California, in Courtroom No. 990.

☐ United States Court House
312 North Spring Street, Los Angeles, California, 90012

☑ Roybal Federal Building
255 E. Temple Street, Los Angeles, California, 90012

on March 21, 1994, at ~~10:00 A.M.~~ 1:30 P.M., and show cause why testimony and production of books, records, papers and other data demanded in the subject Internal Revenue Service summonses should not be compelled.

IT IS FURTHER ORDERED that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service by personal delivery or by certified mail.

IT IS FURTHER ORDERED that within ten (10) days after service upon the Respondent of the herein described documents, Respondent shall file and serve a written response, (opposition) supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

///

///

Exhibit 2; 2 of 8

COPY

IT IS FURTHER ORDERED that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: This 15th day of FEBRUARY, 1994.

[signature]
UNITED STATES DISTRICT JUDGE

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 A M
BPA BOOK 31 PAGES 802
DEPUTY CLERK

Presented By:

NORA M. MANELLA
United States Attorney
MASON C. LEWIS
Assistant United States Attorney
Chief, Tax Division

[signature]
GREGORY A. ROTH
Assistant United States Attorney

Attorneys for Petitioner,
United States of America

Exhibit 2; 3 of 8

(63)

COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

- - -

HONORABLE JOHN G. DAVIES, JUDGE PRESIDING

- - -

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 810
DEPUTY CLERK

UNITED STATES OF AMERICA )
Plaintiff(s) )
vs. ) NO. CV-94[redacted]-JGD
RANDY L. O[redacted]R )
Defendant(s) )

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Los Angeles, California

Monday, March 21, 1994

BEVERLY A. CASARES CSR# 8630
Official Court Reporter
312 North Spring Street
Room 440
Los Angeles, California 90012
(213) 617-2395

(64)

Exhibit 2: [illegible]

COPY
LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 A M
BPA BOOK 31 PAGES 811
DEPUTY CLERK

APPEARANCES:

FOR PLAINTIFF(S) GREGORY A. ROTH
312 N. Spring Street
Los Angeles, California 90012
(213) 894-2410

FOR DEFENDANT(S) RANDY L. O[redacted]R

Exhibit 2: 5 of 8

COPY

LAMAR COUNTY GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 812
DEPUTY CLERK

LOS ANGELES, CALIFORNIA; MONDAY, MARCH 21, 1994

1:30 P.M.

THE CLERK: Item number 6, case number CV-94[redacted], United States of America versus Randy L. O[redacted]r.

MR. ROTH: Good afternoon, your Honor, Assistant U.S. Attorney Gregory Roth appearing on behalf of the United States, and its agency the Internal Revenue Service.

THE COURT: Is there any opposition?

MR. O[redacted]R: For the record.

THE COURT: Yes.

MR. O[redacted]R: My Christian name is Randy Lee and my family name is O[redacted]r.

THE COURT: All right.

MR. O[redacted]R: That is spelled capital R, lower case, a-n-d-y, capital L, lower case e-e, capital O, lower case [redacted]-r.

I have responded to this petition, because it was found on the door of the place where I take up housekeeping, and attempts to create a colorable persona under colorable law by the name of capital R-A-N-D-Y L period, O-[redacted]-R. The artifice being used here to deceive this Honorable Court must be abated as a Public Nuisance.

For the record Randy Lee and Jesus the Christ

Exhibit 2: 6 of 8

COPY

LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 813
DEPUTY CLERK

Advocate and Wonderful Counselor are using the Right of Visitation to exercise the Ministerial Powers to be heard on this matter.

I, Randy Lee am a native Californian and a Man on the Land in Los Angeles County, not a resident in the Federal Judicial District in the Central District of California.

My Colors and Authority is the California Bear Flag with the Gold Star. My Law is My Family Bible. And my Status is shown by the Seal of the People.

I am who I say I am, not who the U.S. Attorney says I am. Further I sayeth not and I stand mute.

THE COURT: All right. Please take your things off of the podium and sit down at your table. Mr. Roth, do you have any response to this alleged case of mistaken identity.

MR. ROTH: Well, your Honor, Mr. O[redacted]r seems to think tha' if you spell your name in upper and lower case, it relieves him of compliance.

THE COURT: Thank you. Mr. Roth. Please call the next case Clerk.

(Proceedings concluded.)

Exhibit 2: 2 of 8

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 814
DEPUTY CLERK

CERTIFI

I hereby certify that the foregoing matter entitled UNITED STATES OF AMERICA versus RANDY L. O[redacted]R No. CV-94[redacted]-JGD is transcribed from the stenographic notes taken by me and is a true and accurate transcription of the same.

BEVERLY A. CASARES CSR# 8630
Official Court Reporter

DATED: 3/25/94

68

Exhibit 2, pg 8

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 A M
BPA BOOK 31 PAGES 815
DEPUTY CLERK

COPY

**NOTICE OF RELEASE WITHOUT CONSIDERATION—NUNC PRO TUNC**

TO: STATE OF MINNESOTA, Releasee

IN RE: Public U.S. Citizen "TAMI MAE MAY," "TAMI M MAY," "Tami M. May"

FROM: Tami Mae May, in esse and sui juris, Releasor

Accordingly, I, Tami Mae May, in esse and sui juris, being duly sworn, depose and declare under penalty of perjury that:

I, Tami Mae May, absolutely release and disclaim **NUNC PRO TUNC** all personal property interests, legal and equitable, in the **Public U.S. Citizen** "TAMI MAE (DORNBUSCH) MAY" created by the State of Minnesota on [redacted], upon the filing of the trust instrument (Exhibit A);

I, Tami Mae May, reserve all personal property rights, legal and equitable, granted or secured by the Constitution of the United States of America, Constitution of the State of Minnesota and the historic American Common Law and Equity;

I, Tami Mae May, release and disclaim said property interests so as to limit the State of Minnesota in whose favor said property interests would otherwise be exercisable, hereby discharging all duties relating to said interests;

I, Tami Mae May, intend no longer to be **Surety** for the State-created, **Public U.S. Citizen** "TAMI MAE MAY," "TAMI M MAY," "Tami M. May," or any derivative of said commercial NAME and nom de guerre thereof;

I, Tami Mae May, presently a surety "U.S. citizen" and therefore a statutory resident of the State of Minnesota, intend to return to my former **natural born Citizen** status conferred at my **natural birth** on January 3, 1959, that status being a **private individual** National Citizen of the United States of America conferred by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America and further defined in *Hale v. Henkel*, 201 US 43, 74 (1906);

I, Tami Mae May, upon returning to my former status defined above, intend to be identified as a member of the **Posterity** for whom the Constitution of the United States of America was ordained and established as declared in its Preamble;

I, Tami Mae May, intend to be legally bound by this Release executed and delivered in accordance with MN Stat. 502.79, the maxims of the Law of Contract, American Common Law and the Uniform Commercial Code.

The public filing of this Release renders null and void any previous Release filed with any state-created public office serving as a third party record keeper.

Subscribed and Affirmed before me on

this 8 day of March, 2014.

[signature]
Notary Public

[signature: Tami Mae May]
Tami Mae May, Releasor
[redacted]
[redacted]
Zip Code Excepted [55303]

[Seal: The Great Seal for Tami Mae (Dornbusch) of the family May — 5959]

KRISTINE K WEISHALLA
Notary Public
Minnesota
My Commission Expires January 31, 2015

Exhibit 3



STATE OF MINNESOTA

CERTIFICATION OF VITAL RECORD

# COPY

## CERTIFICATE OF BIRTH

STATE FILE NUMBER **1959-MN-013874**

| | |
|---|---|
| FULL NAME | **TAMI MAE DORNBUSCH** |
| DATE OF BIRTH | [redacted] |
| SEX | **FEMALE** |
| PLACE OF BIRTH | **WADENA WADENA MINNESOTA** |
| PARENT | **BERNICE IRENE** |
| NAME AT BIRTH | **HIETALA** |
| PARENT | **ELMER LAVERN DORNBUSCH** |

ANY AMENDMENT MADE PRIOR TO 04/29/2001 FOR THIS RECORD IS NOT NOTED ON THIS CERTIFICATE.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 816
DEPUTY CLERK

THIS IS A TRUE AND CORRECT RECORD OF BIRTH REGISTERED IN THE MINNESOTA OFFICE OF VITAL RECORDS.

MR&C Certificate ID
8659916

000163425

FILED: [redacted]

Molly Mulcahy Crawford
STATE REGISTRAR

ISSUED: **FEBRUARY 24, 2014** ANOKA COUNTY - VITAL STATISTICS

Exhibit A

THIS CERTIFICATION IS VALID ONLY WHEN REPRODUCED ON WATERMARKED SECURITY PAPER WITH A RAISED BORDER AND RAISED STATE SEAL OF MINNESOTA.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE




COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 817
DEPUTY CLERK

# AFFIDAVIT OF TRUTH

## Notice of Rescission of Signatures of Suretyship—NUNC PRO TUNC

Accordingly, I, **Tami Mae May**, in esse and sui juris, being duly sworn, depose and declare under penalty of perjury that:

I, **Tami Mae May**, hereby rescind and revoke **Nunc Pro Tunc** every signature of suretyship, **public and private**, ever provided by Affiant on behalf of Minnesota business trust/artificial person/statutory Public U.S. citizen "TAMI MAE (DORNBUSCH) MAY," created on [redacted];

This **AFFIDAVIT OF TRUTH: Notice of Rescission of Signatures of Suretyship— NUNC PRO TUNC** extends to every **public** government contract—federal, state, county and city. This rescission and revocation of **public** signature of suretyship includes, but is not limited to, the initial application for a social security number/taxpayer identification number; every individual and/or corporate tax return ever filed, be it federal, state, county and/or city; the initial application for any and all state business licenses; every application for an individual driver's license, federal and/or state, as well as every driver's license, federal and/or state; every application for voter registration as well as every voter registration card; and every other **public** government contract, known and unknown, evidencing a **signature of suretyship**;

This **AFFIDAVIT OF TRUTH: Notice of Rescission of Signatures of Suretyship— NUNC PRO TUNC** extends to every **private** business contract. This rescission and revocation of **private** signatures of suretyship includes, but is not limited to, every application for a bank account, individual and business; every application for any form of insurance, including life insurance, motor vehicle insurance, business insurance, and home insurance; and every other application involved in any **private** business endeavor and/or **private** investment evidencing a **signature of suretyship**;

This **AFFIDAVIT OF TRUTH: Notice of Rescission of Signatures of Suretyship— NUNC PRO TUNC** is retroactive to the date of [redacted], the date of the public filing and registration of affiant's Certificate of Live Birth in the State of Minnesota, County of Wadena.

COPY

LAMAR COUNTY SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 A M
BPA BOOK 31 PAGES 818
DEPUTY CLERK

Further Affiant Sayeth Not.

Tami Mae May, American Freeman
Private Citizen of the United States/American National
Private Citizen of the State of Minnesota
Private Resident of the County of Anoka
All Rights Reserved Without Prejudice

**STATE OF MINNESOTA )**
) ss.
**COUNTY OF ANOKA )**

BEFORE ME, on this day personally appeared Tami Mae May known to me to be the person described herein and who solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this 8 day of March, 2014.

Notary Public

KRISTINE K WEISHALLA
Notary Public
Minnesota
My Commission Expires January 31, 2015

COPY

LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 819
DEPUTY CLERK

# Affidavit of Truth
# Notice of Lien of DEBTOR by Secured Party Creditor

I, **Tami Mae May**, in esse and sui juris, hereby solemnly affirm under the penalties of perjury that this Notice of Lien is in substance a Common Law Lien utilizing the maxims of the Law of Contract and the Uniform Commercial Code as they relate to the public and private duties and obligations of Creditors and DEBTORS concerning title to and use of property under Common Law Lien.

## Parties

## DEBTOR

Exact Full Legal Name: **"TAMI MAE (DORNBUSCH) MAY"**
Address: **13055 Riverdale Drive N.W.**
City: **Coon Rapids**
State: **MN**
Postal Code: **55448**
Type of Organization: **Business Trust**
Jurisdiction of Organization: **Minnesota**
Organization I. D. Number: **[redacted]MN-013874**
Country: **United States**
DEBTOR is an **Artificial Person** and **Public "U.S. citizen"**
DEBTOR is a **TRUST and a TRANSMITTING UTILITY**

## SECURED PARTY

INDIVIDUAL'S LAST NAME: **May**
FIRST NAME: **Tami**
MIDDLE NAME: **Mae**
Mailing Address: [redacted]
City: **Anoka**
State: **Minnesota**
Postal Code: **Excepted** [*55303*]
Country: **United States of America**
SECURED PARTY is a **Natural Person**
SECURED PARTY is a **Private Citizen of the United States: American National**



LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 A M
BPA BOOK 31 PAGES 820
DEPUTY CLERK

This Common Law Lien, utilizing the commercial maxims of a UCC-1 Financing Statement with Addendum, covers the following collateral:

**Based upon a privately held Non-Negotiable Commercial Security Agreement between Secured Party/Lien Creditor and DEBTOR, this is Actual and Constructive Notice by the Secured Party/Lien Creditor that all of DEBTOR's property interests, now held or hereafter acquired, are under this Common Law lien and therefore is the property of, and to be used for the benefit of, Secured Party/Lien Creditor, a *de jure* Private Citizen of the United States of America, no longer Surety for or Property of DEBTOR. This is the entry of the DEBTOR under lien into the Commercial Registry as a TRANSMITTING UTILITY for the use and benefit of the Secured Party/Lien Creditor in his acquisition of private property. The following property under Common Law lien and conveyed by DEBTOR to Secured Party/Lien Creditor is hereby Accepted for Value and Excepted (not Exempt) from Levy:**

**All property of DEBTOR enumerated in the above Non-Negotiable Commercial Security Agreement, including organization name "TAMI MAE MAY."**

This Common Law Lien is a Unilateral Contract Under Seal and Without Consideration, in full force and effect upon its filing with a public office and thereby part of the public record covering legal and equitable title to specific registered property.

This Common Law Lien is Non-Negotiable, Non-Renewable, Non-Transferable, Perpetual, may be Amended by the Secured Party/Lien Creditor, only to cease with the natural death of the Secured Party/Lien Creditor and renders null and void any previous Notice of Lien of Debtor by Secured Party filed with a public office.

Further Affiant Sayeth Not.

Tami Mae May

**Tami Mae May**, Secured Party/Lien Creditor
Private Citizen of the United States: American National
Private Citizen of the republic of Minnesota
Private Resident of the County of Anoka
All Rights Reserved Without Prejudice

The Great Seal for Tami-Mae: for the family Dornbirch. Λ Ω 5959

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 A M
BPA BOOK 31 PAGES 821
DEPUTY CLERK

**STATE OF MINNESOTA** )
)ss.
**COUNTY OF ANOKA** )

BEFORE ME, on this day personally appeared Tami Mae May known to me to be the person described herein and who solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this 8 day of March, 2014.

Notary Public

KRISTINE K WEISHALLA
Notary Public
Minnesota
My Commission Expires January 31, 2015

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 A M
BPA BOOK 31 PAGES 322
DEPUTY CLERK

**NON-NEGOTIABLE COMMERCIAL SECURITY AGREEMENT**
**SPC's Beneficial Use of DEBTOR'S NAME "TAMI MAE MAY"**
**DEBTOR'S Appointment of SPC as Agent with General Power of Attorney**
**DEBTOR'S Non-Negotiable Hold Harmless and Indemnity Agreement with SPC**
**SPC's Copyright, Copy-claim and Trademark of NAME "TAMI MAE (DORNBUSCH) MAY"**
**DEBTOR'S Irrevocable Conveyance of Equitable Interests in Property of SPC**
**—NUNC PRO TUNC—**
**Listed Property: All Equitable Interests Conveyed by DEBTOR to SPC**

**Parties**

The parties to this **Non-Negotiable Commercial Security Agreement**, intending to be legally bound by all the terms and conditions stated below, are within the standards and norms of the International Commercial Code, and apply to the Parties as follows:

1. **Secured Party/Creditor: Tami Mae May**, a constitutional *de jure* **Private Citizen** of the geographic United States and American National, **Privately Residing** at her Common Law domicile located at [redacted] in the town of Anoka, on the land of Anoka County, in the State of Minnesota, one of the fifty States of the United States;

And,

2. **DEBTOR: TAMI MAE MAY**, a statutory, *de facto* **Public "U.S citizen,"** holding no *Surety*/**Private American National Citizen** as property and therefore a Non-Taxpayer, **publicly residing** at P/O 13055 Riverdale Drive N.W. Coon Rapids, MN 55448. DEBTOR's Minnesota File number is [redacted]4 and DEBTOR's public United States Social Security Insurance Account Number is [redacted]

**Terms**

1. **SPC's Beneficial Use of DEBTOR'S NAME "TAMI MAE MAY"**

   **Tami Mae May**, Secured Party/Creditor of DEBTOR **TAMI MAE MAY**, due to the public filing of a "**Affidavit of Truth: Lien of DEBTOR by Secured Party Creditor,**" Exhibit 5 attached to **Affidavit of Status**, agrees to use the NAME of DEBTOR "**TAMI MAE MAY**" in all public and private contracts in the acquisition of property, be it lands, goods or services, for the benefit of **Tami Mae May**, Secured Party/Creditor.

2. **DEBTOR'S Appointment of SPC as Agent with General Power of Attorney**

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 823
DEPUTY CLERK

**TAMI MAE MAY**, DEBTOR to Secured Party/Creditor **Tami Mae May**, agrees to now appoint Secured Party/Creditor to be DEBTOR's **Agent**, and **Attorney-in-fact** exercising a general power of attorney. DEBTOR grants this power for the execution of all public government contracts and private commercial contracts using the NAME of DEBTOR "**TAMI MAE MAY**" as a **TRANSMITTING UTILITY** for the benefit of the **Agent**/Secured Party/Creditor in the use and management of the **Agent's** personal and real property now owned and/or to be lawfully and morally acquired in the future.

3. **DEBTOR'S Non-Negotiable Hold Harmless and Indemnity Agreement with SPC**

**TAMI MAE MAY**, DEBTOR to Secured Party/Creditor **Tami Mae May**, agrees, without benefit of discussion, to Hold Harmless Secured Party/Creditor for any damage or liability arising from this Non-Negotiable Commercial Security Agreement. Secured Party/Creditor, exclusively holding the **beneficial interest** in the use of **DEBTOR's NAME**, no longer serves as **Surety** for or **Property** of DEBTOR due to the filing of **two documents** by Secured Party/Creditor as a matter of public record:

A. **"Notice of Release Without Consideration—NUNC PRO TUNC,"** and
B. **"Affidavit of Truth: Notice of Rescission of Signatures of Suretyship—NUNC PRO TUNC."**

**DEBTOR** agrees to Indemnify Secured Party/Creditor for all damages and losses that may arise from this Non-Negotiable Commercial Security Agreement. Those losses include, but are not limited to, all claims and/or legal actions, orders, warrants, judgments, demands, liabilities, depositions, summons(es), lawsuit costs, fines, liens, levies, penalties, interests, and expenses whatsoever, both absolute and contingent, as are due or may become due arising hereinafter during the legal existence of DEBTOR.

**Secured Party/Creditor**, because of the above **two documents** recorded in a public office as a matter of public record, will not ever and cannot ever be considered an **Accommodating Party** or **Surety** for DEBTOR. This position is predicated upon Secured Party/Creditor's obedience to the **Word of God**, specifically the *AV1611 Reformation English Bible*, Proverbs 1:10-16; 6:1-2; 11:15; 22:7.

4. **SPC's Copyright, Copy-Claim and Trademark of NAME "TAMI MAE MAY"**

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:174 M
BPA BOOK 31 PAGES 824
DEPUTY CLERK

DEBTOR conveys the exclusive, **beneficial use** of the **NAME "TAMI MAE MAY,"** as well as every derivative of said **NAME**, to Secured Party/Creditor **Tami Mae May**. Secured Party/Creditor has the exclusive use of the **NAME**, serving as a **TRANSMITTING UTILITY**, in the acquisition of real and personal **Property** for the beneficial use of the Secured Party/Creditor. Any Artificial Person or Natural Person, public or private, using said **NAME** for its beneficial use in the acquisition of property, real or personal, will be in violation of this Agreement and liable for civil damages as well as potential criminal prosecution. Secured Party Creditor hereby makes, claims and possesses the exclusive Copyright, Copy-Claim and Trademark of the **NAME "TAMI MAE MAY"** for the exclusive benefit of Secured Party/Creditor with the agreement of DEBTOR.

5. **DEBTOR'S Irrevocable Conveyance of Equitable Interests in Property of SPC— NUNC PRO TUNC**

**TAMI MAE MAY,** DEBTOR TO Secured Party/Creditor, hereby conveys all equitable interests in any and all Property, real or personal, held or registered in the name of DEBTOR **"TAMI MAE MAY,"** to Secured Party/Creditor **Tami Mae May.** Due to Secured Party/Creditor's political status of being a constitutionally *de jure* **Private American National Citizen of the United States** (said status being secured by Section 1 of the Fourteenth Amendment to the United States Constitution) without being Property of, Surety for and/or wedded to a Public "U.S. citizen"/"US person" since the date of her natural birth evidenced by two publicly filed documents,

A. **"Notice of Release Without Consideration—NUNC PRO TUNC,"** and
B. **"Affidavit of Truth: Notice of Rescission of Signatures of Suretyship— NUNC PRO TUNC,"**

Secured Party/Creditor has held **legal title** to all Property held by DEBTOR since the date of DEBTOR's legal creation, [redacted] DEBTOR, in possession of Secured Party/Creditor's Property for over fifty five **(55)** years, has merely held **equitable title** to said Property until the execution of this formal and irrevocable conveyance which includes subsequent filing and recording in a public office as a matter of public record.

6. **Listed Property: All Equitable Interests Conveyed by DEBTOR to SPC**

A. All **equitable interests** in **Property** under lien by Secured Party/Creditor are hereby conveyed by DEBTOR to Secured Party Creditor. Those **equitable interests** now

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 A M
BPA BOOK 31 PAGES 825
DEPUTY CLERK

conveyed pertain to all property created in the **NAME** of and for the benefit of DEBTOR "**TAMI MAE MAY**" by the federal and/or state governments to which said governments hold and retain **legal title** to said property. Further, those **equitable interests** in property include all property created by or acquired by the Secured Party/Creditor since the day of her natural birth, to which Property she holds **legal title** since the public filing of her "**Notice of Release Without Consideration—NUNC PRO TUNC**." The **Property** listed below includes, but is not limited to, all assets, liabilities or accounts held in DEBTOR's NAME or for the former benefit of DEBTOR which the DEBTOR wholly or partially owned, or in which DEBTOR had a security interest, as well as all vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, all life or health insurance policies and any private contract trust accounts held by any of the fifty states or territories of the United States, as well as any private contract trust accounts of the United States Treasury or any other account of whatsoever sort held by any office of the federal corporation of the United States (28 USC 3002(15)(A)) overseen by the *de facto* Emergency War Powers Military Government created by Presidential Proclamation 2040 on March 9, 1933, approved and confirmed by Congress through its "Emergency Banking Relief Act" having amended the "Trading With the Enemy Act," now 12 USC 95b.

**B.** All **equitable interests** in **Property** hereby conveyed by DEBTOR to Secured Party/Creditor further includes, but is not limited to, all proceeds, products, accounts and fixtures from crops, mine heads, wellheads, with transmitting utilities, etc., all rents and wages, all income from any source, land and mineral rights, water and air rights, cottages, house(s) buildings, bank accounts and deposits, bank deposit box(es), and the contents therein, savings account(s), retirement plans, securities, benefits from trust(s), inheritances gotten or to be gotten, inventory from any source, all machinery either farm or industrial, livestock, livestock equipment, vehicles, auto(s), truck(s), four-wheelers, all boats and watercraft, motor homes, 5th-wheel trailers, trucks, excavators, skidsteers, snowmobiles, mobile homes, jewelry, wedding bands and/or rings, watch(es), precious metals, household goods, appliances, any type or furniture, kitchen utensils, cooking utensils, radio(s), television(s), musical instruments, antiques, sports equipment, rifles, guns and any type of property in which DEBTOR held an **equitable interest** for the benefit of DEBTOR. Any property not specifically identified, named or listed by make, model, serial number, etc., is included in the same as though identified in full.

**C.** The **equitable interests** in **Property** under lien and hereby irrevocably conveyed by DEBTOR/**Public "U.S. citizen"** to Secured Party/Creditor/**Private American National Citizen of the United States** includes, but is not limited to:

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 826
DEPUTY CLERK

1. Every piece of real and/or personal property registered in the NAME of DEBTOR and held in trust by any public or private party, including the government of any state or territory of the United States, the government of the United States as well as any foreign government, including the "City of London" and the "Sovereign State of Vatican City;"
2. Every piece of real and/or personal property lawfully and morally in possession of DEBTOR's **Agent** and Secured Party/Creditor **Tami Mae May;**
3. All property that shall ever be lawfully and morally acquired by DEBTOR's **Agent** and Secured Party Creditor, **Tami Mae May.**

D. DEBTOR (or its **Agent**) agrees to notify all claimants, creditors and employers of this Property conveyance and ownership, as all assets, profits, gains and wages now held, and/or shall be held, in the NAME of DEBTOR is the legal and equitable **property** of the Secured Party/Creditor/**Private American Citizen** and are noticed accordingly.

E. This Non-Negotiable Commercial Security Agreement is not dischargeable in bankruptcy court as all Property of the Holder/Secured Party/Creditor/**Private American National Citizen** is excepted (not exempt) from statutory levy and/or lien, federal and/or state.

**Summary of Terms**

1. DEBTOR'S conveyance of all **equitable interests** in Property to Secured Party/Creditor is **NUNC PRO TUNC** and irrevocable, its effective date being retroactive to [redacted] the date of the filing of a "Certificate of Live Birth" in the Business Trust NAME of "**TAMI MAE (DORNBUSCH) MAY**" by the State of Minnesota. (For all such delivered and filed "Certificates of Live Birth" created "**Public U.S. citizens**"/"**U.S persons**" which legal entities are the legal property of the *de facto* Emergency War Powers Military Government ruling the federal corporation of the United States as of March 9, 1933, said property serving as security/collateral for the national debt since the national bankruptcy of June 5, 1933.) **All equitable interests** in Property conveyed to the Secured Party/Creditor and formerly held by DEBTOR are now the Property of the Secured Party/Creditor to which she holds complete and perfected **equitable title**. The Secured Party/Creditor is now the **Agent** and **Attorney-in-fact** for DEBTOR to use the NAME of DEBTOR as a **TRANSMITTING UTILITY** in the acquisition and management of the Property of Secured Party/Creditor for the benefit of Secured Party/Creditor.

2. Due to **Satan's** international system of world commerce calculated to destroy the sovereignty of all nations by reducing them to the wicked **Temporal Power** of the pope of Rome, which system is overseen and directed by the ubiquitous **Society of Jesus** using various papal knighthoods and Masonic secret societies in its quest for universal power,



LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 827
DEPUTY CLERK

the listed Property of the Secured Party/Creditor can only be held, and therefore must be held, in the **NAME** of DEBTOR, while the DEBTOR, pursuant to this Non-Negotiable Commercial Security Agreement with supporting public documents, holds no legal or equitable interests whatsoever in said Property. All **Property** is managed by the Secured Party/Creditor in the **NAME** of DEBTOR for the benefit of Secured Party/Creditor/*de jure*, **Private American National Citizen, Tami Mae May**.

3. The **legal interests** in Property of the DEBTOR created by the federal and/or state *de facto* Emergency War Powers Military Governments cannot be conveyed by DEBTOR and remain the Property of those governments holding **legal title** thereto. That Property includes the **NAME** of DEBTOR and any and all trust accounts, public or private, established by those governments for the benefit of the DEBTOR. All **equitable interests** in said Property of DEBTOR have been irrevocably conveyed to the Secured Party/Creditor for her beneficial use.

4. **Tami Mae May**, Secured Party/Creditor, shall not be personally liable for the public or private debts of DEBTOR **TAMI MAE MAY**, since Private American National Citizen **Tami Mae May** is neither an **Accommodating Party** nor **Surety** for Public "U.S. citizen" **TAMI MAE MAY** as a matter of public record. **Tami Mae May** shall be liable for her own public and private debts incurred through the use of the NAME of DEBTOR "**TAMI MAE MAY**" for the benefit of **Tami Mae May**.

5. This Non-Negotiable Commercial Security Agreement shall begin to be **in full force and effect** upon its filing and keeping with a public office and/or county court of record. If this Agreement may not be considered to be a binding bilateral contract by a court of record, then it shall be held to be a **Unilateral Contract Under Seal** meeting the requirements of specific intent of Secured Party/Creditor/**Private American National Citizen Tami Mae May**, the intent being the consideration, said unilateral contract being in writing, signed, sealed, filed with a public office, she intending to be lawfully and morally bound thereby with the tacit, silent consent of the state—by operation of law—with which this agreement has been recorded and filed.

**Duration**

This Non-Negotiable Commercial Security Agreement has been created as a result of Secured Party Creditor's lien of DEBTOR's beneficial interests in Secured Party's Property by way of an "**Affidavit of Truth: Notice of Lien of DEBTOR by Secured Party Creditor.**" Therefore, the duration of this Non-Negotiable Commercial Security

COPY

Agreement shall continue until the natural death of Private American Citizen **Tami Mae May** or her successor-in-interest, or until the State of Minnesota or its successor-in-interest terminates the legal existence of business trust organization/Public "U.S. citizen" **TAMI MAE MAY.**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 828
DEPUTY CLERK

**Tami Mae May**
Agent/Secured Party Creditor
**Constitutional Private American Citizen**
Private "Citizen of the United States"

March 8th, 2014
Date

**TAMI MAE MAY**
Principal/DEBTOR
**Statutory Public U.S. citizen**
Public "citizen of the United States"

March 8th, 2014
DATE

**STATE OF MINNESOTA** )
) **ss.**
**COUNTY OF ANOKA** )

COPY

BEFORE ME, on this day personally appeared Tami Mae May known to me to be the person described herein and who solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this 8 day of March, 2014.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 829
DEPUTY CLERK

Notary Public

KRISTINE K WEISHALLA
Notary Public
Minnesota
My Commission Expires January 31, 2015

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17 A M
BPA BOOK 31 PAGES 830
DEPUTY CLERK

COPY

## Affidavit of Exemption From Withholding Concerning Non-Taxpayer "TAMI MAE MAY"—NUNC PRO TUNC

Accordingly, I, **Tami Mae May**, in esse and sui juris, being duly sworn, depose and declare under penalty of perjury that the following facts are true, correct and complete to the best of my knowledge and belief.

1. AFFIANT was naturally born in the geographic United States of America, in the State of Minnesota, in the Village of Wadena, on [redacted]

2. AFFIANT, a natural person, became a *de jure,* natural born **Private Citizen of the United States of America** on the day of her natural birth pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States; and therefore,

3. AFFIANT, a natural person, became a *de jure*, natural born **Private Citizen of the State of Minnesota** on the day of her natural birth pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States of America, said State citizenship having been conferred by her bona fide, **Private Residency** in the County of Anoka;

4. AFFIANT, by operation of law, was pledged as **Property** for, wedded to and made **Surety** for, a *de facto,* artificial person, statutory **Public United States citizen** by means of a "Certificate of Live Birth" filed with the County of Wadena, in the State of Minnesota, on January 6, 1959;

5. AFFIANT, by operation of law, was restored to her former status of being a **Private Citizen of the United States of America: American National** upon the public filing of a "**Notice of Release Without Consideration—NUNC PRO TUNC**" with the Clerk of Court, Lamar County, Georgia;

6. AFFIANT has eliminated any presumption of fact that Affiant is **Property** of, **Surety** for, and/or wedded to said statutory Public United States citizen by Affiant's public filing an "**Affidavit of Truth: Notice of Rescission of Signatures of Suretyship—NUNC PRO TUNC**" with the Clerk of Court, Lamar County, Georgia. Affiant makes her home in Anoka County, state of Minnesota, in which county Affiant privately resides on the land at Common Law and does not publicly reside in said county according to statute, federal or state;

7. AFFIANT, by virtue of her constitutionally protected status of being a **Private National Citizen of the United States of America**, is **as foreign** to the present *de facto,* Emergency War Powers, Roman Civil Law-based, **martial due process** of the courts of

COPY
LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAR 12 2014 AT 10:17A M
BPA BOOK 31 PAGES 831
DEPUTY CLERK

the United States and the courts of the several states, the former *de jure,* Constitutional, Common Law-based, **civilian due process** of the United States (guaranteed to all Private American National Citizens by the Fifth Amendment) and the Common Law-based, **civilian due process** of the several states (guaranteed to all Private American National Citizens by Section 1 of the 14th Amendment) having been altered and/or modified into the present *de facto,* Emergency War Powers, Civil Law-based, **martial due process** of the United States and the **martial due process** of the several states by a congressionally-amended, World War I statute ("Trading With the Enemy Act") called **"The Emergency Banking Relief Act"** (12 USC 95b) and a subsequent presidential proclamation (2040), both events transpiring on March 9, 1933;

THEREFORE:

8. AFFIANT is not a statutory public "United States citizen;"
9. AFFIANT is not a statutory public "resident" of the United States;
10. AFFIANT is not a statutory "United States person:"
11. AFFIANT is not a statutory "non-citizen national;"
12. AFFIANT is not a statutory public "citizen" of the State of Minnesota;
13. AFFIANT is not a statutory public "resident" of the State of Minnesota;
14. AFFIANT is not a statutory "resident alien;"
15. AFFIANT is not a statutory "non-resident alien;"
16. AFFIANT is not a statutory "taxpayer;
17. AFFIANT is not a statutory "non-taxpayer;"
18. AFFIANT does not have a statutory "tax home within the U.S.;"
19. AFFIANT, in holding **the citizenship status** of a Private National Citizen of the United States of America secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America, is not subject to the Internal Revenue Code;
20. AFFFIANT, as a matter of public record, is the Non-Surety Agent and Attorney-in-fact for **TRANSMITTING UTILITY** and Public "U.S. citizen" "TAMI MAE MAY;" therefore Affiant is the **beneficial owner** of all income derived from her exclusive use of the NAME of Non-Taxpayer "TAMI MAE MAY," presently under public commercial lien and copyrighted, copy-claimed and trademarked by Affiant;
21. AFFIANT therefore declares she is the **beneficial owner** of all income (no longer "income" derived from government conferred privilege, but Affiant's **Private Property**), ever received through **TRANSMITTING UTILITY** and Non-Taxpayer "TAMI MAE MAY" and that Non-Taxpayer "TAMI MAE MAY" has never received, nor shall ever receive, any beneficial income, including profit and/or gain from any "source"

whatsoever, and is therefore exempt from any form of backup withholding by any business, public or private;

22. AFFIANT therefore further declares she is the **beneficial owner** of all income (no longer "income" derived from government conferred privilege, but Affiant's **Private Property**), ever received through **TRANSMITTING UTILITY** and Non-Taxpayer "TAMI MAE MAY," and that Non-Taxpayer "TAMI MAE MAY" has never received, nor shall ever receive, any beneficial income derived from wages, tips, salaries, etc.; has never had a past or present tax liability, and is therefore exempt from withholding by any employer, public or private;

23. AFFIANT declares this **Affidavit of Exemption from Withholding Concerning Non-Taxpayer "TAMI MAE MAY"—NUNC PRO TUNC** renders null and void any previous **Affidavit of Exemption from Withholding** filed with any public office.

Further Affiant Sayeth Not.

**Tami Mae May**, American Freeman
Private Citizen of the United States: American National
Private Citizen of the state of Minnesota
Private Resident of the County of Anoka
All Rights Reserved Without Prejudice

The Great Seal for Tami-Mae: for the family Dornbusch. A 5959

**STATE OF MINNESOTA** )
) ss.
**COUNTY OF ANOKA** )

BEFORE ME, on this day personally appeared **Tami Mac May** known to me to be the person described herein and who solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this 8 day of March, 2014.

Notary Public

KRISTINE K WEISHALLA
Notary Public
Minnesota
My Commission Expires January 31, 2015

**Exhibit 7; Page 3 of 3**

