DATE:          March 21, 2014

TO:            Jacob Lew, Secretary of the Treasury
               Department of the Treasury
               1500 Pennsylvania Avenue, N.W.
               Washington, D.C. 20220

               Certified Mail# 7013 1090 0000 2861 7504

SUBJECT:       Private American National "Citizen of the United States:" Dennis Michael May, and Tami Mae May, and public "U.S. citizen," Non-Taxpayer "DENNIS MICHAEL MAY SSN: ███-██-5660 and TAMI MAE MAY SSN: ███-██-1092.

FROM:          Dennis Michael May and Tami Mae May, American Freeman
               Private Citizens of the United States of America; American Nationals
               Private Citizens of the State of Minnesota
               Private Residents of the County of Anoka
               All Rights Reserved Without Prejudice

## NOTICE OF STATUS AND PRESENTMENT

Dear Mr. Lew,

Pursuant to the attached "**Affidavit of Status of Dennis Michael May and Tami Mae May: American Freeman; private Citizen's of the United States: American National's**", this NOTICE OF PRESENTMENT is to inform your offices that we, Dennis Michael May and Tami Mae May, have been restored to our former citizenship status. Further, we are neither surety for nor the personal property of Non-Taxpayer "DENNIS MICHAEL MAY and TAMI MAE MAY". We are Private Citizen's of the United States (the "United States" being the fifty states in union under the Constitution), said citizenship, being unaltered by any state contract, express or implied, commercial or otherwise; said citizenship of the United States being secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States.

Further, pursuant to the attached **Affidavit of Status's**, Non-taxpayer's "DENNIS MICHAEL MAY and TAMI MAE MAY" are the **Transmitting Utilities'** for Dennis Michael May and Tami Mae May, said Non-Taxpayer's having never received any "earned income" or "beneficial income" at any time, past or present. All "income" has previously passed through and now passes through Non-Taxpayer "DENNIS MICHAEL MAY and TAMI MAE MAY" to **Private Citizens of the United States/American National's Dennis Michael May and Tami Mae May** as property and not as "income" derived from a State-created, federally-owned, artificial person in commerce.

## NOTICE OF BENEFICIAL INTEREST IN ALL PROPERTY OF
## MINNESOTA BUSINESS TRUST, NON-TAXPAYER'S "DENNIS MICHAEL MAY and TAMI MAE MAY"

Pursuant to the attached "**Affidavit of Status of Dennis Michael May and Tami Mae May: American Freeman's; Private Citizens of the United States: American National's**, this NOTICE

Page 1 of 3

SCANNED
MAY 0 2 2014
U.S. DISTRICT COURT MPLS
Exhibit 2

OF PRESENTMENT is to inform your offices that we, Dennis Michael May and Tami Mae May, are the beneficial owner's of all property, publicly or privately held in the name of Minnesota Business Trusts "DENNIS MICHAEL MAY and TAMI MAE MAY". Pursuant to Exhibit 6 of said **Affidavit of Status**, this property includes all trust accounts, public and private, held by the government of the United States including the Personal Certified Master File Trust held by the government of the United States including the personal Certified Master File Trust Account established by the military government of the United States upon receipt of a copy of our "Certificate of Live Birth" filed by the state of our natural births (Minnesota) under the name's of "DENNIS MICHAEL MAY and TAMI MAE MAY". (See Exhibits 1-7 of attached **"Affidavit of Status of Dennis Michael May and Tami Mae May: American Freeman's; Private Citizen's of the United States: American National's."**)

We, are **Private Citizen's of the United States of America** (said non-commercial, non-martial citizenship secured by Section 1 of the Fourteenth Amendment) and therefore a member of the **"Posterity" of "We the People"** designated in the Preamble to the Constitution of the United States, we, Dennis Michael May and Tami Mae May, are also the Secured Parties and Creditor's of "U.S. citizen's" / DEBTOR "DENNIS MICHAEL MAY and TAMI MAE MAY" as a matter of public record. (See Exhibit 5 of attached **"Affidavit of Status".**) Therefore, we are also the Holder in Due Course of all assets of "U.S. citizen" / DEBTOR'S "DENNIS MICHAEL MAY and TAMI MAE MAY."

In substantiating our claim to beneficial ownership of said assets, the following publicly filed documents are enclosed for your review:

1. **Affidavit of Status's of Dennis Michael May and Tami Mae May: American Freeman's; Private Citizen's of the United States: American National's"** which includes a state certified copy of our "Certificate's of Live Birth:"

Mr. Lew, please update your records to reflect our constitutionally-protected, Private American National Citizenship status as well as the status of our **Transmitting Utilities** "U.S. citizens/Non-Taxpayer's "DENNIS MICHAEL MAY and TAMI MAE MAY". This **NOTICE OF STATUS of Private American Citizen's Dennis Michael May and Tami Mae May** renders null and void any previous NOTICE OF STATUS of Dennis Michael May and Tami Mae May.

Upon receipt of this **NOTICE OF STATUS AND PRESENTMENT**, your office has fifteen (15) days to rebut (add'l time considered upon request) the status and claims that we Dennis Michael May and Tami Mae May are Private Citizen's of the United States of America, and that "DENNIS MICHAEL MAY and TAMI MAE MAY" are a **Non-Taxpayer**. Failure to rebut these claims will also result in Administrative Default pursuant to the Administrative Procedures Act of 1946.

If you have any questions or need any additional information regarding any topic above, please contact us through the Notary at the address below.

Sincerely,

_____
Dennis Michael May, American Freeman
Private Citizen of the United States: American National
Private Citizen of the State of Minnesota
Private Resident of the County of Anoka
Secured Party Creditor of "DENNIS MICHAEL MAY"
Beneficial Owner of the Estate of dennis may
All Rights Reserved Without Prejudice

_____
Tami Mae May, American Freeman
Private Citizen of the United States: American National
Private Citizen of the State of Minnesota
Private Resident of the County of Anoka
Secured Party Creditor of "TAMI MAE MAY"
Beneficial Owner of the Estate of tami may
All Rights Reserved Without Prejudice

STATE OF MINNESOTA

ANOKA COUNTY

This instrument was acknowledged before me on this day by Dennis Michael May and Tami Mae May, whose names are subscribed above and who acknowledged to me that he and she executed the same in his and her authorized capacity, and that by his and her signature Dennis Michael May and Tami Mae May, acting on behalf of himself and herself and "DENNIS MICHAEL MAY and TAMI MAE MAY", executed this instrument.

SIGNED AND SO STATED BEFORE ME on this ___21___ day of ___March___, 2014.

_____
Kristine K. Weishalla, Notary Public
3350 Bridge Street NW
St. Francis, MN 55070

KRISTINE K WEISHALLA
Notary Public
Minnesota
My Commission Expires January 31, 2015

# Affidavit of Status of Dennis Michael May and Tami Mae May

Original Document (Total of 84 pages 42 pages each)

## Restoration of Former Status

### From Being a Public "United States" citizen

Federally-owned "U.S. citizen" as of March 9, 1933 and
Taxpayer/Bondman put to Tribute as of December 18, 1956 and January 6, 1959
when Birth records were recorded in trust without constructive notice

### To Becoming Once Again

## A Private Citizen of the United States of America: "American National's"

Under Section 1, 14th Amendment;
Constitution of the United States of American

*Art thou called being a servant? Care not for it:
But if thou mayest be made free, use it rather."
1 Corinthians 7:21*

Dennis Michael May, American Freeman
Tami Mae May, American Freeman
Private United States Citizen's, American National's
~~[redacted]~~

County of Anoka
Anoka, Minnesota
~~[redacted]~~
~~[redacted]~~

# Table of Contents

**Affidavit of Status of Dennis Michael May and Tami Mae May: American Freeman Private Citizen's of the United States: American National's**     12 pages each

Exhibit 1 –     Affidavit of Truth: High School Diploma's of Dennis Michael May
and Tami Mae May     2 pages each
**Proves** the existence of the Upper and Lower case Name

Exhibit 2 –     Affidavit of Truth:
Court Reporter's Transcript of Proceedings
**Proves** the difference between the all UPPER CASE NAME     10 pages each
and the Upper and Lower Case Name

Exhibit 3 –     Notice of Release Without Consideration – NUNC PRO TUNC
**Proves** the separation between the natural person/Private American
Citizen and the artificial person/Public US citizen     2 pages each

Exhibit 4 –     Affidavit of Truth: Notice of Rescission of Signatures
of Suretyship – NUNC PRO TUNC
**Proves** that the Private American Citizen has never provided
A signature of suretyship for the Public US citizen     2 pages each

Exhibit 5 –     Affidavit of Truth: Notice of Lien of DEBTOR'S
By Secured Party Creditor's
**Proves** the Secured Party Creditor (hereinafter SPC)
has a beneficial interest in the property of the Debtor     3 pages each

Exhibit 6 —   Non-Negotiable Commercial Security Agreement
        SPC's Beneficial Use of DEBTOR'S NAME
        "DENNIS MICHAEL MAY and TAMI MAE MAY";
        DEBTOR'S Appointment of SPC as Agent with
            General Power of Attorney;
        DEBTOR'S Non-Negotiable Hold Harmless and
            Indemnity Agreement with SPC;
        SPC's Copyright, Copy-claim and Trademark of
            NAME "DENNIS MICHAEL MAY and TAMI MAE MAY";
        DEBTOR'S Irrevocable Conveyance of Equitable
            Interests in Property of SPC – NUNC PRO TUNC
        Listed Property: All Equitable Interests Conveyed
            By DEBTOR's to SPC's
**Proves** the business relationship between the SPC's and the DEBTOR's    8 pages each

Exhibit 7 —   Affidavit of Exemption from Withholding Concerning Non-Taxpayer's
        "DENNIS MICHAEL MAY and TAMI MAE MAY – NUNC PRO TUNC
        **Proves** the Non-Taxpayer has always been and is now
        Exempt from Withholding                                3 pages each

                                              **Total of**      **42 pages each**

**UNITED STATES**
**POSTAL SERVICE.**

Date: March 29, 2014

Tami May:

The following is in response to your March 29, 2014 request for delivery information on your Certified Mail™ item number 70131090000028617504. The delivery record shows that this item was delivered on March 27, 2014 at 3:01 am in WASHINGTON, DC 20220. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

Exhibit 2