# AMICUS CURIAE AFFIDAVIT FOR THE RECORD
## NOTICE OF PRIVATE CITIZENSHIP STATUS TO THE MOVING PARTY
## DEMAND FOR PROOF OF CLAIM FROM THE MOVING PARTY

### Notice of Private American Citizenship Status

I, Tami Mae May, a Private "Citizen of the United States of America" in esse and sui juris, and Agent for Public "citizen of the United States" business trust/DEBTOR in commerce "TAMI MAE MAY," solemnly affirm and declare under the penalties of perjury the following:

1. Affiant is making a restricted, special, ministerial visitation as a friend of this Court of Record under threat, duress and coercion of potential loss of life, liberty and/or property due to a case of **mistaken identity** and/or **false presumption of law** on the part of the moving party;

2. Affiant is neither the "Defendant" nor the "Accused" in this action, nor is Affiant surety for, and/or property of, and/or bonded as one entity with the "Defendant" or the "Accused" in this action;

3. Affiant is neither making an appearance, be it generally, specially, conditionally or provisionally, nor pleading to the merits or making any motion of any kind;

4. Affiant is a Private "Citizen of the United States of America" whose "federal" citizenship status has been secured by Article II, Section 1, Clause 5; Article II, Section 3, Clause 5; and Article IV, Section 2, of the Constitution of the United States of America, which *de jure* citizenship status has been "**broadened**" and made "**national**" by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America. (See attached public document "*Affidavit of Status of Tami Mae May: American Freeman; Private Citizen of the United States: American National.*");

5. Affiant's *de jure* private citizenship status has not been altered by any federal or state contract or statute, be it express or implied, public or private; and therefore Affiant's *de jure,* private citizenship status has not been reduced to an inferior grade of surety "U.S. citizenship" status by the state of Affiant's natural birth and/or by the state of Affiant's non-statutory, private residence on the land at Common Law;

6. Affiant is not a quasi-corporate, Public "U.S. citizen" in interstate and foreign commerce. For said Public "U.S. citizen" (having once held original, *de jure* citizenship status conferred by Section 1 of the 14th Amendment to the Constitution of the United States of America on the day of her natural birth) holds an inferior grade of citizenship status through an implied surety/commercial contract created by operation of law upon its filing with a third party record keeper/public office in the state of its surety's natural birth;

SCANNED
MAY 02 2014
U.S. DISTRICT COURT MPLS

Exhibit 3

## AMICUS CURIAE AFFIDAVIT FOR THE RECORD
## NOTICE OF PRIVATE CITIZENSHIP STATUS TO THE MOVING PARTY
## DEMAND FOR PROOF OF CLAIM FROM THE MOVING PARTY

7. Affiant is not a *"person within the United States"* as per the original wording of the "Emergency Banking Relief Act" passed by the Emergency War Powers Congress on March 9, 1933, it having "confirmed and approved" Presidential Proclamation 2039 of March 6, 1933, and Presidential Proclamation 2040 of March 9, 1933 (12 USC 95b; for the Congress at that time was composed of only quasi-artificial "persons" being Public "U.S. citizens" no longer representing the once sovereign "We the People" (formerly composed of all the Private "Citizens of the United States of America"), each Congressmen having also been reduced in his citizenship status to the inferior grade of a *"person within the United States,"* i.e., a Public "U.S. citizen," the once sovereign "We the People" being represented as mere surety for and/or bonded into one legal entity with their *"person within the United States,"* i.e., Public "U.S. citizens;"

8. Affiant is not *"subject to the jurisdiction thereof [the United States]"* as per the original wording of the "Emergency Banking Relief Act" passed by the Emergency War Powers Congress on March 9, 1933; for the Congress, in passing said "Emergency Banking Relief Act," consented on behalf of every *"person within the United States"* to the Emergency War Powers Jurisdiction (executive, legislative and judicial) of the United States imposed by Presidential Proclamation 2039 on March 6, 1933; therefore, Affiant is not a *"person . . . subject to the jurisdiction of the United States"* under 12 USC 95a and 50 USC App. 5(b);

9. Affiant, being a Private Citizen of the United States, is a *"person . . . subject to the jurisdiction thereof [the United States]"* secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America, said peacetime, civilian *"jurisdiction of the United States"* being unaltered by Emergency War Powers statute 12 USC 95a and World War I statute 50 USC App. 5(b);

10. Affiant has the constitutional right to a **civilian due process of law** (as opposed to a **martial/emergency war powers due process of law**) secured from federal infringement by the Fifth Amendment and secured from state infringement by the Fourteenth Amendment to the Constitution of the United States of America;

11. Affiant is neither the surety for/property of, nor a *de facto,* conquered *"person within the United States"* defined by the "Emergency Banking and Relief Act" (12 USC 95a) and ruled by the *de facto* Emergency War Powers military government of the United States; therefore, Affiant is neither a *de facto* "belligerent" nor a *de facto* "rebel" publicly residing according to statute within any state deemed a *de facto* "conquered territory" by the *de facto* emergency war powers military government of the United States imposed by

## AMICUS CURIAE AFFIDAVIT FOR THE RECORD
## NOTICE OF PRIVATE CITIZENSHIP STATUS TO THE MOVING PARTY
## DEMAND FOR PROOF OF CLAIM FROM THE MOVING PARTY

President Franklin D. Roosevelt on March 9, 1933, via Proclamation 2040 "approved and confirmed" by Congress on that very same day, March 9, 1933" (12 USC 95b);

12. Affiant has been erroneously subjected to a **martial/emergency war powers due process of law** (criminal and/or civil) by the moving party in its mistaken attempt to use this Court to impose said martial Emergency War Powers due process of law, evidenced by the display of military colors in the courtroom (flags trimmed in gold fringe and/or draped with gold cords and tassels) and also evidenced by the use of a military "name of war" (spelled with all upper case letters with or without abbreviations) set forth in the action, in violation of Affiant's constitutional right to a **peacetime/civilian due process of law** on both a federal and state level;

13. Affiant is being mistakenly treated by the moving party as though Affiant is a *de facto* "rebel" and/or a *de facto* "belligerent" publicly residing in a state deemed a *de facto* "conquered territory" ruled by a *de facto* emergency war powers military government at the direction of the President of the United States sitting in a "temporary," extra-constitutional, emergency war powers capacity as a *de facto* martial Conqueror and military Commander in chief over every *"person within the United States"* (defined by the "Emergency Banking Relief Act") and *"subject to the jurisdiction thereof [the United States]"* (12 USC 95a), both artificial and natural, both civilian and military;

14. Affiant owes no "temporary" allegiance to the "temporarily" established, *de facto*, Emergency War Powers military government imposed on March 9, 1933 (12 USC 95a), it having ousted and replaced the *de jure*, constitutional government of the United States of America (in force from March 4, 1789, to March 9, 1933) intended to be restored once the "temporary" emergency has been terminated by the president, acting in the capacity of Commander in chief, by repealing Proclamation 2040, the Emergency War Powers Congress also repealing the wicked "Emergency Banking Relief Act" (12 USC 95a & b) as well as the "Trading With the Enemy Act" (especially 50 USC App. 5(b) and thereby, on that glorious day, restoring non-surety, *de jure*, Private American Citizenship status to all Americans as well as restoring peacetime, constitutional, *de jure* *"jurisdiction of the United States"* (executive, legislative and judicial) throughout the land.

### Demand for Proof of Claim from the Moving Party

THEREFORE, I, Tami Mae May, hereby put the moving party ON NOTICE of my constitutionally-protected, non-surety, *de jure*, Private American Citizenship status which is a

## AMICUS CURIAE AFFIDAVIT FOR THE RECORD
## NOTICE OF PRIVATE CITIZENSHIP STATUS TO THE MOVING PARTY
## DEMAND FOR PROOF OF CLAIM FROM THE MOVING PARTY

matter of public record as per the attached certified copy of *"Affidavit of Status of Tami Mae May: American Freeman; Private Citizen of the United States: American National,* and also the attached public document *"Notice of Private Citizenship Status, Notice of Transmitting Utility and Notice of Beneficial Interests in Property"* filed with the Secretary of the Treasury.

Further, as a friend of this Court, I, Tami Mae May, a Private "Citizen of the United States of America," DEMAND the moving party:

15. Prove its claim by sworn affidavit under the penalties of perjury that I, "Tami Mae May," am "TAMI MAE MAY" (or any other derivation of said war name) as named in the above-captioned action;

16. Prove its claim that I, "Tami Mae May," am a statutorily-created, surety, Public "U.S. citizen" and not a constitutionally protected, non-surety, Private "Citizen of the United States of America" as declared and proven in the attached certified copy of said *"Affidavit of Status of Tami Mae May: American Freeman; Private Citizen of the United States; American National;"*

17. Prove its claim justifying its **presumption of law** that I, "Tami Mae May," am in contract, express or implied, with the federal government and/or with any state government which contract(s) has/have altered my constitutionally-protected, *de jure*, Private American Citizenship status secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States;

18. Prove its claim that I, Tami Mae May, am a *"person within the United States"* and *"subject to the jurisdiction of the United States"* as defined by the "Emergency Banking Relief Act" of March 9, 1933 (12 USC 95a);

19. And finally, prove its claim that I, "Tami Mae May," a Private Citizen of the United States of America, may be given a **wartime/martial/emergency war powers due process of law** in accordance with 12 USC 95a and 50 USC App. 5(b) as opposed to a **peacetime/civilian due process of law** in accordance with Section 1 of the Fourteenth Amendment to the Constitution of the United States of America.

In conclusion, if the moving party cannot prove its claims, the Court, being bound by its oath of office to uphold the private citizenship clause of Section 1 of the Fourteenth Amendment to the Constitution of the United States of America and therefore unable to proceed under 12 USC 95a and 50 USC App. 5(b), must **abate** this **wartime/martial/emergency war powers due process** erroneously imposed on non-surety "Tami Mae May" due to prima facie, non-rebutted evidence in the record proving **mistaken identity** as well as the absence of a contractual legal fiction that

## AMICUS CURIAE AFFIDAVIT FOR THE RECORD
### NOTICE OF PRIVATE CITIZENSHIP STATUS TO THE MOVING PARTY
### DEMAND FOR PROOF OF CLAIM FROM THE MOVING PARTY

would give rise to a **presumption of law**, i.e., public U.S. citizenship status, said martial/emergency war powers due process being a nuisance to "Tami Mae May," a Private "Citizen of the United States" entitled to a **peacetime/civilian due process of law** as a matter of constitutional right secured by the Fifth and Fourteenth Amendments to the Constitution of the United States of America.

Further Affiant sayeth not and stands mute before the Court.

Respectfully submitted,

*[signature: Tami Mae May]*

Tami Mae May, in esse and sui juris
Private Citizen of the United States of America
American Freeman; American National
Private Citizen of the State of Minnesota
Private Resident on the Land of Anoka County
Agent for "TAMI MAE MAY"
Owner of the "Estate of Tami May"
All Rights Reserved Without Prejudice

## AMICUS CURIAE AFFIDAVIT FOR THE RECORD
## NOTICE OF PRIVATE CITIZENSHIP STATUS TO THE MOVING PARTY
## DEMAND FOR PROOF OF CLAIM FROM THE MOVING PARTY

STATE OF MINNESOTA                )
                                  ) ss.
COUNTY OF ~~ANOKA~~ HENNEPIN BH   )

BEFORE ME, on this day personally appeared Tami Mae May known to me to be the woman described herein and who solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this __23__ day of __April__ 2014.

MARIA I HARJU
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/17

_____
Notary Public